HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WENDY WADE, MARY NELSON, JAMES ROGERS, JR., JOHNNNY BOOTH, RALPH DAVIS, and all similarly evicted tenants,<br><br>Plaintiffs,<br><br>v.<br><br>GRE WINDSTAR, L.L.C. et al.,<br><br>Defendants. | Case No. C06-5144RBL<br><br>ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE |

THIS MATTER is before the court on Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction.  The court has reviewed the materials submitted by the Plaintiffs.  The court finds that it has jurisdiction over the subject matter and that jurisdiction over the defendants can be obtained through service of process.

The court further finds that Plaintiffs have established for purposes of a Temporary Restraining Order under Fed. R. Civ. P. 65 that the Defendants have engaged in activities which deprive Plaintiffs of their federally protected property interest in their homes without due process and which breached a contract intended to benefit the plaintiffs.

The court further finds that the plaintiffs are likely to suffer irrevocable harm in the form if evictions if the status quo is not maintained pending a fuller hearing on the merits of the plaintiffs' claims.  The Plaintiffs have notified the defendants at least informally of their intent to file this action and to seek a TRO,  although it does not appear that the Complaint has been filed.  The court finally finds that under Fed. R. Civ. P. 65(c)

security shall not be required of the plaintiffs, due to their apparent lack of financial resources.

THEREFORE, it is hereby ORDERED

1. The Defendants are ENJOINED from evicting the Plaintiffs from their homes.

2. The Plaintiffs shall serve their complaint, their Motion, and a copy of this ORDER on all of the defendants within two days of the date of this ORDER.

3. The Defendants shall, by the close of business Wednesday, March 29, 2006 SHOW CAUSE in writing why a Preliminary Injunction should not be entered, and the parties shall appear for a hearing on the Plaintiffs' Motion for a Preliminary Injunction on FRIDAY, March 31, 2006 at 8:30 a.m.  This Order shall expire on that date unless it is extended or modified at the hearing.

DATED this 22nd day of March, 2006

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE