THE HONORABLE FRANKLIN D. BURGESS

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| WENDY WADE, MARY NELSON, JAMES ROGERS, JR., JOHNNY BOOTH, RALPH DAVIS, and all similarly evicted tenants,<br><br>Plaintiffs,<br><br>vs.<br><br>GRE WINDSTAR, L.L.C.; HOUSING AUTHORITY OF THE CITY OF TACOMA, a public corporation; PINNACLE REALTY MANAGEMENT CO., CITY OF TACOMA and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO: 06-05144 FDB<br><br>**STIPULATED ORDER OF DISMISSAL** |

## **STIPULATION**

Plaintiffs, by and through their undersigned counsel of record, and pursuant to Fed.R.Civ.P. 41(a), hereby request the dismissal of their claims against HOUSING AUTHORITY OF THE CITY OF TACOMA, CITY OF TACOMA, GRE WINDSTAR, L.L.C., and PINNACLE REALTY MANAGEMENT COMPANY with prejudice. This

STIPULATION AND ORDER OF DISMISSAL - 1

S:\BURGESS\SHARE\BMiener\06 May 10 Wade C06-5144 Stip Order of Dismissal.doc

The Law Offices of GRANT & ASSOCIATES
The Law Dome
3002 So. 47th Street
Tacoma, Washington  98409
Telephone  (253) 472-6213

is intended to be a mutual waiver and release of all claims contained in the complaint. This stipulation shall terminate all Plaintiffs' claims in this action against all Defendants with prejudice and with each side to bear its respective attorneys fees and costs to either party.

DATED this __ day of April 2006.

| GRANT & ASSOCIATES | FOSTER PEPPER, PLLC |
|---|---|
| _____ | _____ |
| Artis C. Grant, Jr., WSBA #26204<br>Jessica A. Jozefowicz, WSBA #35814<br> Attorneys for PLAINTIFFS | Jeremy R. Larson, WSBA #22125<br>Attorneys for GRE WINDSTAR,<br>L.L.C. and PINNACLE REALTY<br>MANAGEMENT COMPANY |
| CITY OF TACOMA | BURGESS FITZER, PS |
| _____ | _____ |
| Christopher D. Bacha, WSBA #16714<br>Assistant City Attorney | John Kugler, WSBA 19960<br>Attorneys for TACOMA HOUSING<br>AUTHORITY |

STIPULATION AND ORDER OF DISMISSAL - 2

S:\BURGESS\SHARE\BMiener\06 May 10 Wade C06-5144 Stip Order of Dismissal.doc

The Law Offices of GRANT & ASSOCIATES
The Law Dome
3002 So. 47th Street
Tacoma, Washington  98409
Telephone  (253) 472-6213

# ORDER

Based on the stipulation of the parties, all Plaintiffs' claims contained in the complaint filed against Defendants HOUSING AUTHORITY OF THE CITY OF TACOMA, CITY OF TACOMA, GRE WINDSTAR, L.L.C., and PINNACLE REALTY MANAGEMENT COMPANY are hereby dismissed with prejudice and with each side to bear its respective attorneys fees and costs

DONE this 10th day of May 2006.

_____

FRANKLIN D. BURGESS

UNITED STATES DISTRICT JUDGE

Presented by:

| GRANT & ASSOCIATES | FOSTER PEPPER, PLLC |
|---|---|
| _____ | _____ |
| Artis C. Grant, Jr., WSBA #26204 | Jeremy R. Larson, WSBA #22125 |
| Jessica A. Jozefowicz, WSBA #35814 | Attorneys for GRE WINDSTAR, |
| Attorneys for PLAINTIFFS | L.L.C. and PINNACLE REALTY |
|  | MANAGEMENT COMPANY |
|  |  |
| CITY OF TACOMA | BURGESS FITZER, PS |
| _____ | _____ |
| Christopher D. Bacha, WSBA #16714 | John Kugler, WSBA 19960 |
| Assistant City Attorney | Attorneys for TACOMA HOUSING AUTHORITY |

STIPULATION AND ORDER OF DISMISSAL - 3

S:\BURGESS\SHARE\BMiener\06 May 10 Wade C06-5144 Stip Order of Dismissal.doc

The Law Offices of GRANT & ASSOCIATES
The Law Dome
3002 So. 47th Street
Tacoma, Washington  98409
Telephone  (253) 472-6213